UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YIORKIS PINEDA-LAURENCIO,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00592-LRH-WGC |
| YIORKIS PINEDA-LAURENCIO,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:19-cv-00477-GMN-GWF<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge in the first filed case.

///

///

1

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:19-cv-00477-GMN-GWF is reassigned to District Judge Larry R. Hicks and all future pleadings must bear case number 2:19-cv-00477-LRH-GWF.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 25 day of June, 2019.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 24th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE