UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 2:19-cv-00477-LRH-EJY

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 11)**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Yiorkis Pineda-Laurencio, a Nevada prisoner. Pineda-Laurencio has two separate habeas corpus actions pending in this Court; the other is Case Number 3:18-cv-00592-LRH-WGC. In this case, Pineda-Laurencio is due to file an amended habeas petition by October 7, 2019. *See* Order entered July 8, 2019 (ECF No. 9) (90 days for amended petition).

On October 3, 2019, Pineda-Laurencio filed a motion for extension of time, requesting a 120-day extension of time, to February 4, 2020, to file his amended petition (ECF No. 11). Petitioner's counsel states that this extension of time is necessary in order to further investigate this case, in particular his client's possible brain damage and its ramifications. Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the extension of time as requested.

However, counsel is cautioned that, even in this relatively complex noncapital habeas corpus action, this is an unusually long extension of time. Counsel has already

had the case for more than four months. The Court will not look favorably upon any motion to further extend this deadline.

Further, this extension of time – and any other extension of time – is not intended by the Court to extend or toll, or otherwise affect in any manner, any applicable limitations period.

Finally, the Court notes that Pineda-Laurencio's motion for extension of time (ECF No. 11) mischaracterizes the relationship between this case and his other case, Case Number 3:18-cv-00592-LRH-WGC. They are two separate cases. They have not been consolidated. The orders entered on June 25, 2019 (ECF Nos. 7 and 8) only reassigned this case to the undersigned United States District Judge; those orders did not consolidate the cases. This case and Case Number 3:18-cv-00592-LRH-WGC remain separate cases, albeit separate cases assigned to the same judge. The parties must litigate them accordingly. This order has no impact on any deadline in Case Number 3:18-cv-00592-LRH-WGC.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 11) is **GRANTED**. Petitioner will have until and including **February 4, 2020**, to file a first amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered July 8, 2019 (ECF No. 9), will remain in effect.

DATED this 4th day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE