UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:19-cv-00477-LRH-EJY

**ORDER GRANTING MOTION TO SEAL (ECF NO. 14)**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Yiorkis Pineda-Laurencio, a Nevada prisoner.

Pineda-Laurencio, represented by appointed counsel, filed an amended habeas petition on February 4, 2020 (ECF No. 13). On that date, Pineda-Laurencio also filed a motion for leave of court to file certain exhibits under seal (ECF No. 14). In that motion, Pineda-Laurencio requests leave of court to file under seal copies of materials related to his physical and mental health (Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10), and a presentence investigation report (Exhibit 11) (ECF Nos. 15, 16, 17 and 18). There is a strong presumption in favor of public access to judicial filings and documents. *See Nixon v. Warner Communication, Inc.*, 435 U.S. 589, 597 (1978); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). However, a federal court has inherent power over its own records and files, and access may be denied where the court determines that the documents may be used for "improper purposes." *Nixon*, 435 U.S. at 598; *Kamakana*, 447 F.3d at 1179. Under Nevada law, a presentence investigation report is confidential, and is not to be made part of a public record. *See* NRS 176.156(5). And, the other documents Pineda-Laurencio seeks to file under seal contain information regarding his physical health, mental health, and other

1

private matters. In light of the state law, and in light of Pineda-Laurencio's concerns regarding his privacy, the Court finds that there is good cause for these exhibits to be filed under seal. The motion for leave to file exhibits under seal will be granted.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Seal (ECF No. 14) is **GRANTED**. As the subject documents (Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11) have already been filed under seal (ECF Nos. 15, 16, 17 and 18), no further action is necessary in this regard.

DATED this 27th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE