UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:19-cv-00477-LRH-EJY

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 34)**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Yiorkis Pineda-Laurencio, a Nevada prisoner. Respondents filed a motion to dismiss on May 22, 2020 (ECF No. 27). Pineda-Laurencio's response to the motion to dismiss was due on July 21, 2020. *See* Order entered July 8, 2019 (ECF No. 9) (60 days for response).

On July 21, 2020, Pineda-Laurencio filed a motion for extension of time (ECF No. 34), requesting an extension of time to September 21, 2020 (a 60-day extension), to file his response. His counsel states that the extension of time is necessary because of the complexity of the motion to dismiss and her obligations in other cases. The respondents do not oppose the motion for extension of time.

The Court finds that Pineda-Laurencio's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the extension of time as requested. However, given the length of time Pineda-Laurencio will have had to respond to the motion to dismiss (four months), the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 34) is **GRANTED**. Petitioner will have until and including **September 21, 2020**, to file his response to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 8, 2019 (ECF No. 9) will remain in effect.

DATED this 24th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE