**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Yiorkis Pineda-Laurencio,<br>Petitioner<br>v.<br>William Gittere,<br>Respondent | Case No. 2:19-cv-00477-JAD-EJY<br><br>**Order Granting Motion to Reopen Case**<br><br>**[ECF No. 58]** |

This federal habeas matter was previously stayed to allow appointed counsel for Petitioner Yiorkis Pineda-Laurencio to develop evidence to show his entitlement to equitable tolling.[1] Pineda-Laurencio has now moved to reopen this matter.[2] I grant the motion and instruct the respondent to respond to the First-Amended Petition. Further, it appears that this case may be a candidate for consolidation with case number 3:18-cv-00592-JAD-CSD,[3] so the parties are each instructed to file a notice advising whether consolidation is warranted.

IT IS THEREFORE ORDERED that the motion to reopen this case **[ECF No. 58] is GRANTED**; the Clerk of the Court is directed to **REOPEN** this matter and **LIFT THE STAY**.

IT IS FURTHER ORDERED that the respondent has up to and including January 15, 2027, to file his response to the First-Amended Petition. The remainder of the scheduling order [ECF No. 9] remains in effect.

---

[1] ECF No. 39.

[2] ECF No. 58.

[3] *See* Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions.").

IT IS FURTHER ORDERED that the parties must file a notice on or before December 18, 2026, regarding consolidation with case number 3:18-cv-00592-JAD-CSD.

Dated: November 13, 2026

U.S. District Judge Jennifer A. Dorsey